Appeals for the Second Circuit denied. *Mr. Irwin L. Tappen* for petitioners. *Solicitor General Fahy* and *Mr. John F. Davis* for the Securities & Exchange Comm'n, and *Mr. Donald R. Richberg* for the United Light & Power Co.*, respondents.

No. 829. ESTATE OF HAGUE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Fred R. Angevine* and *Aaron H. Marx* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.*, and *Messrs. Sewall Key* and *Warren F. Wattles* for respondent.

No. 711. CREEK NATION *v.* UNITED STATES. April 12, 1943. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Paul M. Niebell* and *C. Maurice Weidemeyer* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell*, and *Messrs. Vernon L. Wilkinson* and *Dwight D. Doty* for the United States.

No. 774. COUNTY OF ALLEGHENY *v.* MARYLAND CASUALTY Co. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Messrs. Edward G. Bothwell* and *Walter P. Smart* for petitioner. *Messrs. Duane R. Dills* and *George W. Dexter* for respondent.

No. 802. SHIMA *v.* BROWN. April 12, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE